IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| P.V., a minor, by and through his Parents, Pedro Valentin and Yolanda Cruz, individually, and on behalf of all others similarly situated, et al., | : : : : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| The School District of Philadelphia, et al. | : : | NO. 2:11-cv-04027 |
| Defendants. | : | |

ORDER

AND NOW, this 31st day of October, 2011, upon consideration of (1) Defendants' Motion to Dismiss (Doc. No. 11), (2) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Doc. No. 17), (3) Defendants' Motion for Leave to File a Reply Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. No. 21), (4) Reply Brief in Support of Defendants' Motion to Dismiss (Doc. No. 21-1), (5) Motion by Defendants to Strike Class Action Allegations (Doc. No. 12), (6) Plaintiffs' Response to Defendants' Motion to Strike Class Action Allegations (Doc. No. 18), (7) Defendants' Motion for Leave to File a Reply Brief in Support of Defendants' Motion to Strike Plaintiffs' Class Action Allegations (Doc. No. 22), and (8) Reply Brief in Support of Defendants' Motion to Strike Plaintiffs' Class Action Allegations (Doc. No. 22-2), and in accordance with the reasoning set forth in the accompanying Memorandum, it is hereby ORDERED as follows:

1

1. Defendants' Motion for Leave to File a Reply Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. No. 21) is GRANTED. The Clerk of Court is directed to enter Doc. No. 21-1 as "Reply Brief in Support of Defendants' Motion to Dismiss."

2. Defendants' Motion for Leave to File a Reply Brief in Support of Defendants' Motion to Strike Plaintiffs' Class Action Allegations (Doc. No. 22) is GRANTED. The Clerk of Court is directed to enter Doc. No. 22-2 as "Reply Brief in Support of Defendants' Motion to Strike Plaintiffs' Class Action Allegations."

3. Defendants' Motion to Strike Class Action Allegations (Doc. No. 12) is DENIED.

4. Defendants' Motion to Dismiss (Doc. No. 11) is DENIED.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.