IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| P.V., a minor, by and through his Parents, Pedro Valentin and Yolanda Cruz, individually, and on behalf of all others similarly situated, et al.,<br>　　　　Plaintiffs, | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : | |
| The School District of Philadelphia, et al.,<br>　　　　Defendants. | : | NO. 2:11-cv-04027 |

ORDER

　　　　AND NOW, this 19th day of February 2013, upon consideration of Plaintiff's Motion for Class Certification (Doc. No. 48), Defendant's Response in Opposition thereto (Doc. No. 50), and Plaintiff's Reply Brief in Further Support of Motion for Class Certification (Doc. No. 61), we hereby ORDER as follows:

1.　　Plaintiff's Motion for Class Certification (Doc. No. 48) is GRANTED.

2.　　This action is certified as a class action pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(2) on behalf of the following class:

> All children with autism in the School District of Philadelphia in grades kindergarten through eight ("K-8") who have been transferred, are in the process of being transferred, or are at risk of being transferred, as a result of the School District's upper-leveling process, the parents and guardians of those children, and future members of the class.

3.　　Plaintiffs P.V. and his parents Pedro Valentin and Yolanda Cruz; M.M. and his parent Carla Murphy; J.V. and his parents Sharon Vargas and Ismael Vargas; and R.S. and his parents Heather Sanasac and Matthew Sanasac, are appointed as class representatives.

4.　　The Public Interest Law Center of Philadelphia ("PILCOP") and Dechert, LLP are appointed as class counsel.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Legrome D. Davis
　　　　　　　　　　　　　　　　　　　　　　　　Legrome D. Davis, J.